**Louise SAXTON, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 03–3359.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 6, 2004.

Decided Aug. 13, 2004.

James Warren Stanley, Jr., N. Little Rock, AR, for Plaintiff–Appellant.

Richard M. Pence, U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Louise Saxton appeals the district court's[1] adverse grant of summary judgment in her Federal Tort Claims Act negligence action against the Veterans Administration Medical Center in Little Rock, Arkansas. After careful de novo review, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.